1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5



FILED

NOV 17 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10

11 IN THE MATTER OF THE SEARCH   )   SW-F-05-308 DLB
   OF THE PREMISES OF:           )   SW-F-05-309 DLB
12                               )   SW-F-05-310 DLB
   59701 MAMMOTH ROAD            )
13 NORTH FORK, CA                )   ORDER TO UNSEAL APPLICATION FOR
                                 )   SEARCH WARRANTS AND SEARCH
14 56299 ROAD 200                )   WARRANTS
   NORTH FORK, CA                )
15                               )
   815 N. LAFAYETTE              )
16 FRESNO, CA                    )
                                 )
17                               )
                                 )
18 _____)

19
        Having considered the government's application to unseal the
20
   application for search warrants and search warrants in the above-
21
   captioned matters,
22
        IT IS HEREBY ORDERED that the applications for search
23
   warrants and search warrants in the above-captioned matter shall
24
   be UNSEALED.
25
   Dated: November 17, 2005
26                                   _____
                                     DENNIS L. BECK
27                                   U.S. Magistrate Judge

28

                                    1